## City of Chicago, Appellee, v. John Kurowski, Appellant.

**Gen. No. 46,356.**

First District, First Division.

December 13, 1954.

Released for publication March 7, 1955.

Sherman & Lewis, for appellant; Irving S. Abrams, of counsel; John J. Mortimer, Corporation Counsel of City of Chicago, for appellee; L. Louis Karton, Head of Appeals and Review Division, and Harry H. Pollack, Assistant Corporation Counsel, of counsel. Opinion by PRESIDING JUSTICE BURKE. **Not to be published in full.**